STATE OF NEW JERSEY v. HENRY BRONSON.

Feb. 11, 1980.   Petition for certification denied.

S. THEODORE BARRIE v. CASCADE INDUSTRIES INC.

Feb. 11, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. PAUL CALLAN.

Feb. 11, 1980.   Petition for certification denied.

ARTURO GIORGI v. NEW JERSEY ZINC CO.

Feb. 11, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. CARRACINO.

Feb. 11, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. CARRACINO.

Feb. 11, 1980.   Cross-Petition for certification denied.